IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| PETAR SCOPU | ) CASE NO.: 20-01220-DRC |
| | ) |
| DEBTOR | ) JUDGE: DONALD R. CASSLING |
| | ) |

**NATIONSTAR MORTGAGE LLC D/B/A MR. COOPERNOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC**

Now comes Nationstar Mortgage LLC d/b/a Mr. Cooper ("Creditor"), by and through undersigned counsel, and hereby submits Notice to the Court of the Debtor's request for mortgage payment forbearance based upon a material financial hardship caused by the COVID-19 pandemic.

The Debtor recently contacted (Creditor) requesting a forbearance period of six (6) months and has elected to not tender mortgage payments to Creditor that would come due on the mortgage starting April 1, 2020 through September 1, 2020.  Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period.

Per the request, Debtor will resume mortgage payments beginning October 1, 2020 and will be required to cure the delinquency created by the forbearance period ("forbearance arrears").  Creditor has retained undersigned counsel to seek an agreement with Debtor regarding the cure of the forbearance arrears and submit that agreement to the Court for approval.  If Debtor fails to make arrangements to fully cure the forbearance arrears, Creditor reserves it rights to seek relief from the automatic stay upon expiration of the forbearance period.

Respectfully submitted,

*/s/Toni   Townsend*
Toni   Townsend
*Counsel for Creditor*
McCalla Raymer Leibert Pierce, LLC

| | |
|---|---|
| In Re: | Bankruptcy Case No.:  20-01220-DRC |
| | Chapter:  13 |
| Petar Scopu | Judge:  Donald R. Cassling |

## CERTIFICATE OF SERVICE

I, Toni Townsend, of McCalla Raymer Leibert Pierce, LLC, 1 N. Dearborn Suite 1200, Chicago, IL 60602, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF FORBEARANCE AGREEMENT DUE TO THE COVID-19 PANDEMIC filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Petar Scopu
559 Justina Street
Hinsdale, IL 60521

David H Cutler                                    (served via ECF Notification)
Cutler & Associates, Ltd.
4131 Main Street
Skokie, IL 60076

Tom Vaughn, Trustee                         (served via ECF Notification)
55 E. Monroe Street
Suite 3850
Chicago, IL 60603

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   4/23/2020        By:   /s/Toni Townsend
                  (date)                   Toni Townsend
                                          Authorized Agent for Creditor