UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                   )          BK No.:    20-01220
PETAR SCOPU                              )
                                        )
                                        )          Chapter:  13
                                        )          Honorable Donald R. Cassling
                                        )
                                        )
            Debtor(s)                    )

## ORDER MODIFYING AUTOMATIC STAY

        This cause coming before the Court upon the Motion of ACAR LEASING D/BA GM
FINANCIAL LEASING to Modify the Automatic Stay pursuant to Section 362 of the Bankruptcy
Code, 11 U.S.C. §362, due notice having been given, and the Court being fully advised in the premises,

   IT IS HEREBY ORDERED:

   1. That the Motion of ACAR LEASING D/BA GM FINANCIAL LEASING to Modify Automatic
Stay is granted;

   2. That the automatic stay provided by Section 362 of the Bankruptcy Code is modified to permit
ACAR LEASING D/BA GM FINANCIAL LEASING to pursue its nonbankruptcy remedies with
respect to the 2017 Cadillac XT5 motor vehicle bearing a Vehicle Identification Number of
1GYKNARS0HZ251073; and,

   3. That Bankruptcy Rule 4001(a)(3) does not apply to this Order.

   o objection to the motion having been lodged within the time required by Amended General Order
No. 20-03, any potential objections have been waived, and the motion is therefore granted.

                                        Enter:  _Donald R. Cassling_

                                                Honorable Donald R. Cassling
Dated:  July 30, 2020                           United States Bankruptcy Judge


**Prepared by:**

 David J. Frankel. (Ill. #6237097)
 Cari A. Kauffman (Ill. #6301778)
 Rocio Herrera (Ill. #6303516)
 Sorman & Frankel, Ltd.
 180 North LaSalle Street, Suite 2700
 Chicago, Illinois 60601
 (312) 332-3535 / (312) 332-3545 (facsimile)