UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>PETAR SCOPU<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 20-01220<br><br>Chapter: 13<br>Honorable Donald R. Cassling |

**AGREED ORDER MODIFYING PLAN POST CONFIRMATION**

THIS CAUSE COMING TO BE HEARD on the Debtor's Motion to Modify Plan to add post-petition mortgage payment arrears due to Nationstar Mortgage LLC d/b/a Mr. Cooper, the mortgagee on the property located at 559 Justina St., Hinsdale, IL 60521, to the Chapter 13 plan:

IT IS ORDERED that the motion is granted as follows:

1. Debtor acknowledges post-petition mortgage payment arrears of $20,122.08 constituting the April 1, 2021 through August 2021 mortgage payments.

2. The post-petition arrears of $20,122.08 will be added to the plan to be paid by the Chapter 13 Trustee in addition to the pre-petition mortgage arrears in part 3.1 of the plan.

3. As of September 3, 2021, the Trustee disbursed $19,067.40 of the $68,709.47 pre-petition mortgage arrears leaving $49,642.07 outstanding. Upon adding $20,122.08 of post-petition arrears, the Trustee will disburse an additional $69,764.15 to Nationstar Mortgage LLC d/b/a Mr. Copper over the course of the plan.

4. Debtor will resume making mortgage payments directly to Nationstar Mortgage LLC d/b/a Mr. Cooper beginning with the September 1, 2021 mortgage payment.

5. The plan term is extended beyond 60 months pursuant to 11 U.S.C. §1329(d)(1).

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: September 16, 2021

**Prepared by:**

McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088