**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| Petar Scopu | ) | |
| | ) | Case No. 20-01220 |
| | ) | |
| Debtors | ) | Judge Daniel R. Fine |

**NOTICE OF MOTION**

TO: Trustee, Hooper, via electronic court notification;
See attached Service List, served via U.S. Mail

PLEASE TAKE NOTICE that on September 3, 2026 at 9:30 A.M., I will appear before the Honorable Daniel R. Fine or any judge sitting in that judge's place, **either** in courtroom 619 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn St., Chicago, IL 60604, **or** electronically as described below, and present the **Motion for Exemption from Domestic Support Obligations**, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is **161 414 7941**and there is **NO PASSCODE REQUIRED**. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By: David H. Cutler
Counsel for Debtor(s)

**CERTIFICATE OF SERVICE**

I, David Cutler, certify that I served a copy of this notice and the attached motion on the Chapter 13 Trustee and US Trustee via electronic Court notice, and on each entity shown on the attached Service List at the address listed on the list via first class US mail, proper postage prepaid on August 24, 2026.

By: /s/ David H. Cutler
Cutler & Associates, Ltd.
4131 Main St., Skokie, IL 60076
Phone: (847) 673-8600

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20-01220 |
| Petar Scopu | ) | |
| | ) | Chapter 13 |
| Debtor(s). | ) | Honorable Daniel R. Fine |

MOTION FOR EXEMPTION FROM DOMESTIC SUPPORT OBLIGATIONS

NOW COMES the Debtor, Petar Scopu, by and through his attorneys, Cutler and Associates, Ltd., and moves this court to exempt the Debtor, Petar Scopu, from Domestic Support Obligations and the Debtor Education Course Requirement, and in support thereof state as follows:

1. On January 15, 2020 the Debtor filed a petition under Chapter 13 of Title 11 U.S.C and the plan was subsequently confirmed on April 2, 2020.

2. Per General Order 07-01, a Debtor's Declaration Regarding Domestic Support Obligations must be executed and filed in order to obtain a discharge under 1328(a). Subsequently, during the pendency of this bankruptcy case he was not required to pay a domestic support obligation by any order of a court or administrative agency or by any statute

3. Additionally, the Debtor Education Course Requirement must be completed, and certificate filed in order to obtain a discharge, Rule 1007(b)(7) must attach Official Form B23 and Education Certificate.

4. The Debtor, Petar Scopu, has passed away after the Plan was confirmed.

WHEREFORE Debtor's Counsel, Cutler and Associates, LTD., pray that this honorable court enter an order exempting the Debtor, Petar Scopu from Domestic Support Obligations and the Debtor Education Course Requirement.

By: /s/ *David H. Cutler*

David H. Cutler, ESQ
Attorney for Debtor(s)
Cutler and Associates, Ltd.
4131 Main St., Skokie IL 60076
(847) 673-8600